AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

CORY WILSON, et al

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05CV590-B

OFFICER TEAGUE, et al

TO: (Name and address of defendant)
Officer Teague
c/o City of Gadsden Police Department
90 Broad Street
Gadsden, Alabama 35901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
Law Offices of Jay Lewis, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  *Debra P. Hackett*

(BY) DEPUTY CLERK

DATE  6/30/05

AO 440 (Rev. 10/93) Summons in a Civil Action

7004 1160 0003 5809 8417

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>  DISTRICT OF <u>ALABAMA</u>

CORY WILSON, et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05CV590-B

OFFICER SMART, et al

TO: (Name and address of defendant)
Officer Smart
c/o City of Gadsden Police Department
90 Broad Street
Gadsden, Alabama 35901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Law Offices of Jay Lewis, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    6/30/05
CLERK                                               DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action       7004 1160 0003 5809 8400

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE           DISTRICT OF   ALABAMA

CORY WILSON, et al

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05CV590-B

OFFICER LUMPKIN, et al

TO: (Name and address of defendant)
Officer Lumpkin
c/o City of Gadsden Police Department
90 Broad Street
Gadsden, Alabama 35901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Law Offices of Jay Lewis, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within       20       days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE  6/30/05

AO 440 (Rev. 10/93) Summons in a Civil Action    7004 1160 0003 5809 8387

# UNITED STATES DISTRICT COURT

MIDDLE  DISTRICT OF ALABAMA

CORY WILSON, et al

V.

OFFICER CRISLER, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV590-B

TO: (Name and address of defendant)
Officer Crisler
c/o City of Gadsden Police Department
90 Broad Street
Gadsden, Alabama 35901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Law Offices of Jay Lewis, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  *Debra P. Hackett*

(BY) DEPUTY CLERK

DATE 6/30/05

AO 440 (Rev. 10/93) Summons in a Civil Action

7004 1160 0003 5809 8424

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE  DISTRICT OF  ALABAMA

CORY WILSON, et al

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05CV590-B

OFFICER LOWE, et al

TO: (Name and address of defendant)
Officer Lowe
c/o City of Gadsden Police Department
90 Broad Street
Gadsden, Alabama 35901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Law Offices of Jay Lewis, L.L.C.
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE  6/30/05

AO 440 (Rev. 10/93) Summons in a Civil Action     7004 1160 0003 5809 8394