SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Lowe
c/o City of Gadsden Police Department
90 Broad Street
Gadsden, Alabama 35901

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
Hugh Robinson   2-05-05

C. Signature
Hugh Robinson
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:05CU 590-B (20)
S+C

3. Service Type
☒ Certified Mail        ☐ Express Mail
☐ Registered            ☒ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Copy from service label)

7004 1160 0003 5809 8394

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Teague
c/o City of Gadsden Police Department
90 Broad Street
Gadsden, Alabama 35901

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
*Hugh Robinson*   7-5-05

C. Signature
X *Hugh Robinson*   ☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:05CU 590-B
Sec   ⟨20⟩

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Copy from service label)

7004 1160 0003 5809 8417

102595-00-M-0952

PS Form 3811, July 1999     Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Lumpkin
c/o City of Gadsden Police Department
90 Broad Street
Gadsden, Alabama 35901

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
_Hugh Robinson_ | 7-5-05

C. Signature
x _Hugh Robinson_
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:05cv590-B
SdC
(20)

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Copy from service label)

7004 1160 0003 5809 8387

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952