**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Smart
   c/o City of Gadsden Police Department
   90 Broad Street
   Gadsden, Alabama 35901

2. Article Number *(Copy from service label)*

   7004 1160 0003 5809 8400

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*  Hugh Robinson
B. Date of Delivery  7-5-05
C. Signature  X Hugh Robinson
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:05CU590-B
   S+C
   ㉒

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☒ Yes

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Crisler
   c/o City of Gadsden Police Department
   90 Broad Street
   Gadsden, Alabama 35901

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Hugh Robinson
B. Date of Delivery: 7-5-05
C. Signature: x Hugh RobiNsoN
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   2:05CU590-B
   S & C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Copy from service label)
   7004 1160 0003 5809 8424

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952