IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CORY WILSON, ET AL., | ) |
|     PLAINTIFFS, | ) |
| VS. | ) |
| | ) CASE NO: 2:05 CV 590-B |
| OFFICER TEAGUE, ET AL., | ) |
|     DEFENDANTS. | ) |

**MOTION FOR CHANGE OF VENUE**

Come now the defendants to the above entitled action and respectfully move the Court to transfer this action to the United States District Court for the Northern District of Alabama, Middle Division, from the Middle District. For grounds in support of this Motion, defendants show unto the Court the following:

1. As stated in paragraph 2 of plaintiffs' Complaint, the actions complained of occurred in Etowah County, Alabama, and were committed within the Middle Division of the Northern District of the State of Alabama.

2. All the defendants named in said action are members of the Police Department of the City of Gadsden, Alabama, which is situated in Etowah County, Alabama, in the Middle Division of the Northern District. Moreover, all of said officers/defendants reside within the Middle Division of the Northern District of Alabama.

3. For aught that appears, the filing of this action in the Middle District was inadvertent, and probably occurred as a consequence of the fact that counsel for plaintiff has his principal office in the Middle District.

4. There are no circumstances existent in this action which would place venue in the Middle District.

_/s/ George Ford_
George P. Ford, Attorney for Defendants
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, AL 35902
(256) 546-5432
ASB#4179-066G

_/s/ H. Edgar Howard_
H. Edgar Howard, Attorney for Defendants
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, AL 35902
(256) 546-5432
ASB#8085-R80H

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all other parties hereto in accordance with Rule 5.

This the 15 day of July, 2005.

_/s/ G. Ford_
Of Counsel

cc: Jay Lewis, Esquire
P.O. Box 5059
Montgomery, AL 36103