IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CORY WILSON, et al., | * | |
|    Plaintiffs, | * | |
| | * | |
|       v. | * | Civil Case No. 2:05-cv-590-B |
| | * | |
| OFFICER TEAGUE, et al., | * | |
|    Defendants. | * | |

**RESPONSE TO MOTION FOR CHANGE OF VENUE**

COME NOW Plaintiffs, by and through their attorney of record, and would show unto the Court as follows:

1. Plaintiffs' counsel agrees that this case should have been filed in the Middle Division of the Northern District of Alabama. The fact that it was not is doubtless due to clerical error.

2. Plaintiffs have no objection to the motion of the defendants to transfer this action to the United States District Court for the Northern District of Alabama.

Respectfully submitted this _15_ day of July, 2005.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Counsel for Plaintiffs

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _15_ day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

George P. Ford, Attorney for Defendants
H. Edgar Howard, Attorney for Defendants

      I further certify that I have served the foregoing on the following parties or counsel by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid:

Jay Stover
P.O. Box 8090
Gadsden, AL 35902-8090

James Shelnutt
601 S. 5th Street
Gadsden, AL 35901

      /s/ JAY LEWIS
      Law Offices of Jay Lewis, L.L.C.
      P.O. Box 5059
      Montgomery, Alabama 36103
      (334) 263-7733 (Voice)
      (334) 832-4390 (Fax)
      J-Lewis@JayLewisLaw.com
      ASB-2014-E66J
      Co-Counsel for Plaintiffs