**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

July 18, 2005

## NOTICE OF REASSIGNMENT

Re:   C. W. et al v. Officer Teague et al
      Civil Action No.2:05cv590-B

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv590-F. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk